IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM MATTHEWS<br>and MIRIAM THOMPSON, Individually,<br>and W.M., MINOR, By and through Her<br>Natural Parents and Next of Kin WILLIAM<br>MATTHEWS AND MIRIAM THOMPSON,<br><br>        Plaintiffs,<br><br>v.<br><br>RIVERGROVE APARTMENTS, LLC,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:23-cv-2635-SHL-cgc |

**ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' JOINT MOTION FOR PARTIAL RELIEF FROM SCHEDULING ORDER**

Before the Court is the Parties' Joint Motion for Partial Relief from Scheduling Order, filed January 19, 2024. (ECF No. 28.) The Parties seek a 167-day extension of the Scheduling Order's Alternative Dispute Resolution ("ADR") deadline that was established in their Scheduling Order (ECF No. 22 at PageID 109). (ECF No. 28 at PageID 133.)

Deadlines in the Scheduling Order serve an important purpose. They are essential to ensure the "just, speedy, and inexpensive determination of every action and proceeding." See Fed. R. Civ. P. 1. Here, the Parties *do not* give compelling reasons that would justify an extension of their ADR deadline from February 13, 2024, to July 29, 2024. The fact that there is "no reasonable chance" of the currently scheduled February 9th mediation "being productive" (ECF No. 28 at PageID 134), appears to be the result of the Parties accomplishing very little to prepare for this deadline.

However, because ADR serves an important purpose in the resolution of disputes, and the Court does not want the Parties to waste precious resources on a mediation that has "no reasonable chance" of success, the Court **GRANTS** in part the Joint Motion for Partial Relief

from Scheduling Order; the 167-day extension, though, is much too lengthy, and the Court therefore **DENIES** such an exorbitant extension.  The new ADR deadline will be **April 30, 2024**.  The Court will not entertain any other extension requests.

    **IT IS SO ORDERED,** this 24th day of January, 2024.

                                                                                    s/ Sheryl H. Lipman
                                                                                    SHERYL H. LIPMAN
                                                                                    CHIEF UNITED STATES DISTRICT JUDGE